Argued and submitted August 1, reversed and
remanded August 25, reconsideration denied October 2,
petition for review allowed October 14, petition for
review dismissed by stipulation of the parties December 9, 1980

# J. GREGCIN, INC.,
*Appellant,*

*v.*

# CITY OF DAYTON, et al,
*Respondents.*

## (No. 33303, CA 16787)

615 P2d 419

Argued and submitted August 1, 1980.

C. David Hall, Portland, argued the cause for appellant. With him on the brief was Rask & Hefferin, Portland.

Gary A. Rueter, McMinnville, argued the cause for respondents. With him on the brief was Marsh, Marsh, Haugeberg & Rueter, P.C., McMinnville.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

Following our original decision in this case, 39 Or App 743, 593 P2d 1231 (1979), the Supreme Court granted review. 286 Or 745 (1979). On its own motion that court determined that this court had no jurisdiction of the cause because no judgment had been entered in the trial court consequent on its sustaining the defendants' demurrer. The case was remanded to the circuit court for further proceedings. 287 Or 709, 601 P2d 1254 (1979). On January 29, a judgment order was entered on the demurrer in the circuit court, and plaintiff filed a notice of appeal. We now adopt our former opinion as the opinion on this appeal.

Reversed and remanded.